UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRENT JEANPIERRE,

          Plaintiff,

                                  Case No. 19-cv-1040-pp

    v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

          Defendant.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## FOR FAILURE TO PURSUE

---

On July 19, 2019, the plaintiff, who is proceeding without a lawyer (or *pro se*), filed an appeal of the Commissioner's decision denying him disability insurance and supplemental security income benefits. Dkt. No. 1. The court issued a briefing letter, instructing the Commissioner to file and serve the certified administrative record by September 23, 2019, and explaining that the plaintiff must file his brief by November 4, 2019. Dkt. No. 5. The court mailed that briefing letter to the plaintiff at the address he provided when he filed his complaint, and the United States Post Office did not return the letter to the court as undeliverable. The defendant has advised that he attempted to mail the certified administrative record to the plaintiff via Federal Express on September 23, 2019, but that it was returned as undeliverable on September 30, 2019. Dkt. No. 10. Based on the notes appearing on the Fed Ex return slip, it appears that the plaintiff had moved, leaving no forwarding address. Dkt. No.

1

10-1. The deadline for the plaintiff to file his brief passed over seven months ago.

Even a litigant representing himself has an obligation to follow the rules. Pearle Vision, Inc. v. Romm, 541 F.3d 751, 758 (7th Cir. 2007). General Local Rule 5(a)(4) (E.D. Wis.) requires a *pro se* party to include an address and telephone number at which the court can contact the party. Civil Local Rule 41(c) allows this court to dismiss with or without prejudice when it appears that the plaintiff is not diligently pursuing the case. Because the court has not heard from the plaintiff since he filed his appeal in July 2019, and the plaintiff has not complied with the court's briefing schedule, the court will dismiss the case without prejudice. If the plaintiff receives this letter and decides to pursue his appeal of the Commissioner's decision, he may file a motion asking the court to reopen the case.

The court **ORDERS** that the case is **DISMISSED without prejudice** under Civil Local Rule 41(c) for the plaintiff's failure to diligently pursue it.

Dated in Milwaukee, Wisconsin this 15th day of June, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

2